UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SOCIETY INSURANCE COMPANY as subrogee of Clinton Properties, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:20-cv-00339-JPH-DLP ) |
| CINTAS CORPORATION, | ) ) ) |
| Defendant. | ) |

**SHOW CAUSE ORDER**

On July 20, 2020, the Court ordered Plaintiff, Society Insurance Company, to file a jurisdictional statement by September 25, 2020, analyzing this Court's jurisdiction. Dkt. 7. Defendant, Cintas Corporation, has also filed a motion to dismiss and to compel arbitration. Dkt. 14. Plaintiff has not responded to either the Court's order or Defendant's motion.

Plaintiff **SHALL SHOW CAUSE** by **November 6, 2020**, why this case should not be dismissed for failure to prosecute. *See In re Thomas Consol. Indus., Inc.,* 456 F.3d 719, 727 (7th Cir. 2006). If Plaintiff does not respond, this case will be dismissed with prejudice without further warning.

**SO ORDERED.**

Date: 10/6/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Haley Johnston
FROST BROWN TODD LLC (Indianapolis)
hjohnston@fbtlaw.com

Bozidar Robert Ostojic
LEAHY EISENBERG & FRAENKEL
ro@lefltd.com

Nicholas C. Pappas
FROST BROWN TODD LLC (Indianapolis)
npappas@fbtlaw.com